Date of Arrest: **09/26**

# United States District Court
DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Erasmo MORALES-Diaz AKA: None Known 088927110 YOB: 1978 Citizen of: Mexico  Defendant | Magistrate Case No. **16-1759MJ** COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 26, 2016, Defendant Erasmo MORALES-Diaz, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of New Orleans, La on or about April 10, 2008. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed AUSA John Ballos for OUSBP*

Signature of Complainant
Miguel Toledo
Border Patrol Agent

Sworn to before me and subscribed in my presence,

September 28, 2016 at Yuma, Arizona
Date — City and State

James F Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Erasmo MORALES-Diaz
AKA: None Known
088927110

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 26, 2016, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Oakdale, Louisiana on or about March 26, 2008. The Defendant was most recently removed on or about April 10, 2008, through the port of New Orleans, La.

Agents determined that on or about September 25, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___September 28, 2016___
Date

_____
Signature of Judicial Officer

-2-